## Commonwealth *v.* Farris, Appellant.

Argued April 14, 1969. *John J. Dean,* Assistant Public Defender, with him *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, with her, *Charles B. Watkins,* Assistant Dis-

trict Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.